USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-2-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Lin Xian Wu,                        :    02 CV 271-4 (LAP)
                                    :    16 CV 4506  (LAP)
                    Plaintiff(s),   :
                                    :        ORDER
        -against-                   :
                                    :
United States of America            :
                                    :
                    Defendant(s).   :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel for plaintiff shall inform Judge Preska by
letter no later than March 13, 2020 of the status of the
action/remaining claims/defendants.


SO ORDERED.


                                    _____
                                    LORETTA A. PRESKA,

                                    Senior U.S.D.J.



Dated: March 2, 2020

New York, New York