UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LIN XIAN WU, CHEN XIANG,<br><br>              Defendants. | No. 02-CR-271 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the motions for compassionate release filed by Defendants Lin Xian Wu and Chen Xiang.  The Government shall respond to each motion by September 27, 2021.  Defendants may file separate replies by October 18, 2021.

**SO ORDERED.**

Dated:    August 30, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge