UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN XIAN WU,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 16-CV-4506 (LAP)<br>02-CR-271 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for plaintiff shall inform the Court by letter no later than December 10, 2021 of the status of the action/remaining claims/defendants.  Failure to respond to the Court's order may result in dismissal of the civil action for failure to prosecute.

**SO ORDERED.**

Dated:    December 3, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge