UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN XIAN WU,

                         Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                         Defendant.

16-cv-4506 (LAP)
02-cr-271 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On December 9, 2021, the Court granted Lin Xian Wu's motion
to hold his § 2255 proceeding in abeyance pending resolution of
his motion to reduce his sentence pursuant to 18 U.S.C.
§ 3582(c)(1)(A)(i) (dkt. no. 206 in [02-cr-271]).  (See dkt.
no. 10 in [16-cv-4506]; dkt. no. 219 in [02-cr-271].)  On
July 7, 2022, the Court granted Mr. Lin's motion for
compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i),
reducing his sentence to time served plus three months.  (See
dkt. no. 220 in [02-cr-271].)  Accordingly, Mr. Lin's motion to
vacate, set aside, or correct his sentence pursuant to 28 U.S.C.
§ 2255 motion (dkt. no. 1 in [16-cv-4506]; dkt. no. 157 in
[02-cr-271]) is moot.

The Clerk of the Court is directed to close the open motions (dkt. no. 1 in [16-cv-4506]; dkt. no. 157 in [02-cr-271]) and close case number 16-cv-4506.

**SO ORDERED.**

Dated:      July 13, 2022
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2